UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                        Case No. 15-20473
                                                             Hon. Mark A. Goldsmith

vs.

ERIC JASON DISMUKES,

      Defendant.

_____/

## ORDER
## DENYING DEFENDANT ERIC JASON DISMUKES' MOTION FOR A JUDICIAL RECOMMENDATION TO HOME CONFINEMENT (Dkt. 120)

Defendant Eric Jason Dismukes filed a letter with the Court (Dkt. 120) seeking a judicial recommendation that he be placed in home detention, presumably under the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"). However, the decision to transfer an inmate to home confinement is a matter within the sole discretion of the Attorney General. United States v. Brummett, No. 20-5626, 2020 WL 5525871, at *2 (6th Cir. Aug. 19, 2020) ("[T]he authority to grant home confinement remains solely with the Attorney General."); see also 18 U.S.C. § 3624(c)(2). Therefore, this Court does not have the authority to grant the relief Dismukes is seeking. See United States v. Woolsey, No. 11-20203, 2020 WL 4001915, at *3 (E.D. Mich. July 15, 2020) (finding no authority to make a judicial recommendation that the Bureau of Prisons place inmate on home confinement). Therefore, Dismukes' motion (Dkt. 120) is denied.

      SO ORDERED.

Dated: November 23, 2020                              s/Mark A. Goldsmith
      Detroit, Michigan                                  MARK A. GOLDSMITH
                                                              United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 23, 2020.

                                                                 s/Marlena Williams
                                                                 In the absence of Karri Sandusky
                                                                 Case Manager